UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:12-cr-0158-JMS-DML |
| | ) | |
| ANTHONY WRIGHT, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On October 10, 2018, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 24, 2018. Defendant Wright appeared in person with his appointed counsel Dominic Martin. The government appeared by Cynthia Ridgeway, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Felecia White.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Wright of his rights and ensured he had a copy of the Petition. Defendant Wright orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Wright admitted violation nos. 1, 2, and 3 as set forth in the Petition. [Docket No. 259.]

3. The allegations to which Defendant Wright admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall report to the probation officer in a manner and frequency direct by the court or probation officer."** <br><br> The offender failed to report to the probation office as directed on July 16, 18 and 20, 2018. His whereabouts have become unknown. |
| 2 | **"The defendant shall not commit another federal, state or local crime."** <br><br> On May 23, 2018, the offender was [arrested] for Driving While Suspended in Glencoe, Illinois. |
| 3 | **"You shall not knowingly leave the judicial district without the permission of the court or probation officer."** <br><br> The offender was out of the district on May 23, 2018, without permission, when he was arrested for a new misdemeanor offense. |

4. The Court finds that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5. The parties jointly recommended a sentence of eight (8) months of incarceration with no supervised release to follow. The defendant requested placement at FCI Milan, Michigan.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in the Petition, and recommends that Defendant's supervised release be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of eight (8) months with no supervised release to follow. The Defendant is to be taken into custody immediately

pending the District Judge's action on this Report and Recommendation. The Magistrate Judge further recommends that the Court's order include a recommendation of placement at FCI Milan, Michigan.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 15 OCT 2018

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal