UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:12-cr-00158-JMS-DML |
| ANTHONY WRIGHT (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation dkt [266] recommending that Anthony Wright's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt [266]. The Court finds that Mr. Wright committed Violation Numbers 1, 2, and 3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [259]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Wright is sentenced to the custody of the Attorney General or his designee for a period of eight (8) months imprisonment with no supervised release to follow. The Court recommends placement at FCI Milan, Michigan.

The October 24, 2018 hearing before the undersigned is vacated.

Date: 10/18/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal